IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| N.H., by and through her Next Friend Nadine Depp, and NADINE DEPP § § § | |
| v. § | Case No. 4:22-cv-00436-ALM |
| § § | |
| NATALIE CASTILLEJA and DENTON COUNTY § § | |

## ORDER

Before the Court is Defendant Denton County's MOTION TO ABATE ANY DISCOVERY AND ALL SCHEDULING REQUIREMENTS PENDING RESOLUTION OF MOTION TO DISMISS ("the Motion" - Dkt. #10), to which no response has been filed.

It is hereby ORDERED that Plaintiffs shall file a response to the Motion on or before November 28, 2022, or notify the Court that there is no opposition.

IT IS SO ORDERED.

SIGNED this 17th day of November, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE