## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **N.H., by and through her Next Friend** | § | |
| **Nadine Depp, and NADINE DEPP** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cv-00436-ALM** |
| | § | |
| **NATALIE CASTILLEJA and** | § | |
| **DENTON COUNTY** | § | |

### DEFENDANT DENTON COUNTY'S NOTICE OF INITIAL DISCLOSURES

COMES NOW **DENTON COUNTY**, one of two Defendants, pursuant to Fed.R.Civ.P. 26(a)(1), Eastern District Local Rule CV-26, and the ORDER GOVERNING PROCEEDINGS [Dkt. 19], and files their NOTICE OF INITIAL DISCLOSURES as follows:

**I.**
**Denton County's Initial Disclosures sent February 27, 2023**

On February 27, 2023, Defendant Denton County, pursuant to Fed.R.Civ.P. 26(a)(1) and the ORDER GOVERNING PROCEEDINGS [Dkt. 19], sent their INITIAL DISCLOSURES to the Plaintiff's counsel by email and provided responsive documents on a flash drive by mail.

Respectfully submitted,

By:   /s/ *Robert J. Davis*
**ROBERT J. DAVIS**
State Bar No. 05543500
**J. BAILEY McSHANE**
State Bar No. 24104388
**MATTHEWS, SHIELS, KNOTT,**
**EDEN, DAVIS & BEANLAND, L.L.P.**
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
972/234-3400 (office)
972/234-1750 (telecopier)
bdavis@mssattorneys.com
bmcshane@mssattorneys.com

**ATTORNEYS FOR DEFENDANT**
**DENTON COUNTY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2023, I filed the NOTICE OF DISCLOSURES with the clerk of the Court for the Eastern District, Sherman Division, using the electronic case filing system of the Court. The electronic filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Seth Fuller.

/s/ *Robert J. Davis*
**ROBERT J. DAVIS**