No. 4:22-CV-00436

**N.H. *ex rel.* DEPP *v.* CASTILLEJA, *et al.***

UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF TEXAS

### PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES

In accordance with the applicable rules of the Honorable United States District Court for the Eastern District of Texas, the undersigned counsel hereby gives notice that Plaintiff served those initial disclosures, under Federal Rule of Civil Procedure 26(a)(1), on all counsel via electronic mail on or about February 27, 2023.

Respectfully submitted,

/s/ Seth Fuller

Seth A. Fuller
State Bar No. 24064126
sf@patelfuller.com
Patel Fuller, PLLC
1211 E. 15th St.
Plano, TX 75074-6207
P   214-810-3120
F   214-722-6809

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies a true and correct copy of the foregoing document, together with all exhibits, attachments, notices, and proposed orders thereto, if any, was or were served on all parties or counsel, in accordance with the applicable Federal Rules of Civil Procedure and through CM/ECF.

CERTIFIED TO on February 28, 2023, by:

/s/ Seth Fuller

Seth A. Fuller