IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **NADINE DEPP, as Next Friend for N.H.** § | |
| § | |
| v. § | Case No. 4:22-cv-00436-ALM |
| § | |
| **NATALIE CASTILLEJA and** § | |
| **DENTON COUNTY** § | |

**ORDER GRANTING DENTON COUNTY'S FIRST AMENDED MOTION TO DISMISS**

Having considered DEFENDANT DENTON COUNTY'S FIRST AMENDED MOTION TO DISMISS, this Court is of the opinion that DEFENDANT DENTON COUNTY'S FIRST AMENDED MOTION TO DISMISS has merit and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that DEFENDANT DENTON COUNTY'S FIRST AMENDED MOTION TO DISMISS be and hereby is GRANTED and that each and all of the claims against Defendant Denton County be and hereby are **DISMISSED WITH PREJUDICE**.