Magistrate No. 22-620180

| | | |
|---|---|---|
| THE STATE OF TEXAS | )( | SITTING AS MAGISTRATE FOR |
| | )( | |
| VS. | )( | |
| | )( | |
| **DEPP, NADINE** | )( | DENTON COUNTY, TEXAS |

## MAGISTRATE'S ORDER OF COMMITMENT
## AFTER ON-VIEW ARREST (T.C.C.P. Art. 16.20)

TO THE SHERIFF OF DENTON COUNTY or ANY DEPUTY, or PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS;

The individual described below, having been taken into custody after arrest by a duly sworn peace officer for the State of Texas, pursuant to that officer's authority under Art. 14 of the Texas Code of Criminal Procedure, has been accused by way of a sworn affidavit of probable cause, of committing a criminal act against the penal laws of the State of Texas. The undersigned, as a duly elected or appointed Magistrate for Denton County, after having reviewed and considered the allegations and statements contained in said affidavit, FINDS that the facts alleged are sufficient to establish that PROBABLE CAUSE EXISTS as to the offense alleged and the identity of the defendant, such that the defendant named below should be detained in your custody, or until other disposition by the Denton County District Attorney or a Court of appropriate jurisdiction, and subject to the posting of appropriate bail as set forth below.

You are therefore ORDERED TO RECEIVE INTO YOUR CUSTODY and PLACE IN JAIL or other APPROPRIATE DETENTION FACILITY the following individual as herein described below, and continue to hold or detain them, so as to be dealt with in accordance with law:

**NAME:** Depp, Nadine
**Date of Birth:** December 10, 1985
**Gender:** Female      **Race:** Black
**Address:** 1924 Cinnamon TRL   Aubrey TX  76227
**Driver's License:**              **State of Issuance:** Texas

**OFFENSE:** ASSAULT CAUSES BODILY INJURY FAMILY MEMBER
**Date of Offense:** 12/15/2022
**Felony or Misdemeanor:** Misdemeanor A
**BAIL SET:** $ 2000

SIGNED AND ISSUED, on this the 16th day of December, 2022

_____
Stephanie Askew
Assistant County Magistrate
Acting as Magistrate for Denton County, Texas

THE STATE OF TEXAS                                                                COUNTY OF DENTON

    VS.

DEFENDANT Depp, Nadine Mechelle

RACE Black            SEX Female            DOB 12/10/

HEIGHT 5'4            WEIGHT 210            HAIR BLK            EYES BRO

DL# TX                SS#

PROBABLE CAUSE AFFIDAVIT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who after being duly sworn on oath deposes and says:

My name is OFFICER CASTRO            461    , a peace officer of the State of Texas, and I have good reason to believe and do believe that on or about the 15   DECEMBER   2022 , in Denton County, Texas, Depp, Nadine Mechelle             , Defendant, did then and there, commit the offense of Assault CBI FV                                                      , a Misdemeanor                                       .

My belief is based upon the following facts and information:

Affiant is a peace officer licensed by the State of Texas and is employed as a Police Officer with the Elm Ridge Police Department

On December 15, 2022 at approximately 8:50PM, I Officer Castro and Officer Leos got dispatched to 1924 Cinnamon Trail, Denton County Tx, 76227, in the Arrowbrooke subdivision in reference to a deadly conduct.

Upon arrival I made contact with N       H      , B/F, 12/06/    , upstairs in the bedroom. Nh stated she had just gotten dropped off at her house by Leos after another call for service where N was reported as a runaway, but was later located and transported back to her residence. When N walked into the house she observed a missing persons packet on the kitchen table. N     stated that she sat on the couch and argued back and forth with her mother Nadine Depp, B/F, 12/10/     .

N        stated that she sat on the couch and argued back and forth with her mother Nadine Depp, B/F, 12/10/    . N        said Nadine told her to go to her room and Nadine started to put her hands on N       . N        said Nadine put her finger nail in her neck telling her to stand up and go to her room. N        did not stand up and go to her room which made Nadine angry. Nadine then got her Iphone with a case attached to it that had a chain link connected from the bottom so you can wear it like a purse. Nadine swung the phone by the chain hitting, N        on the right side of her head. The phone fell out of the case and onto the ground. N        said Nadine did not know her phone fell out, so N        grabbed it and hid it in her pocket. N        stated Nadine then went to her room and grabbed a silver in color small hand gun. Nadine then tapped the gun on the wall stating "You will not sleep in your bed tonight." Nadine stated she feared for her life. N        went upstairs and locked herself in the bathroom where she called the police. I checked N        head and I did observe a small bump on the right side of her head. I asked N        if she needed medical attention but she refused. I then photographed N        's injury and the phone case. I also observed on the phone case the chain link to be freshly broken at the clasp.

Contact was made with Nadine. Nadine's story corroborated N        's. Though Nadine stated she did not hit N        nor did she grab her gun. When I asked questions about the incident Nadine was not very cooperative and not answering questions. Nadine did say she had a cut on her right thigh tbut would not say how she got the scratch

After further investigation it was determined that Nadine had intentionally, knowingly, or recklessly caused bodily injury to N        . Nadine was then placed in handcuffs (double locked and checked for fit.) N        was advised she was under arrest for the assault family violence causing bodily injury. Nadine was placed in the back right seat of marked patrol unit #2101 and seat belted in. Nadine was later transported to Denton County Jail.

**AND I CHARGE THAT** on or about the 15  DECEMBER  2022 , and

before the making and filing of this complaint, in the County of Denton, State of Texas,

Depp, Nadine Mechelle , Defendant,

did commit the offense of Assault CBI FV

**AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.**

**WITNESS** my signature this, the 16 day of December 2022

> Gabriela Valencia Medina
> Notary Public-State of Texas
> Notary ID #13069848-6
> Commission Exp. DEC. 15, 2025

OFFICER CASTRO     461     **Affiant**

**SUBSCRIBED AND SWORN TO BEFORE ME** this the 16 day of December 2022

gmedina
**Notary Public**

On this the 16 day of December 2022 the undersigned Magistrate hereby acknowledges that said Magistrate has examined the above affidavit and has determined that probable cause exists for the issuance of an arrest warrant for the defendant accused of the offense set out therein.

Magistrate, Denton County, Texas