# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| NADINE DEPP, as Next Friend for N.H. | § |
| | § |
| v. | § CIVIL ACTION NO. 4:22cv436 |
| | § JUDGE MAZZANT |
| NATALIE CASTILLEJA and DENTON COUNTY | § |
| | § |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan. By agreement of the parties, the Court appoints U.S. Magistrate Judge Christine A. Nowak to mediate the case. The parties are instructed to contact Judge Nowak's chambers (903.893.7667) to discuss dates available for mediation.

The mediation conference shall be conducted by **June 9, 2023**.

**IT IS SO ORDERED.**

SIGNED this 23rd day of March, 2023.

_/s/ Amos Mazzant_
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE