# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **NADINE DEPP, as Next Friend for N.H.,** | § § | |
| v. | § § | Case No. 4:22-cv-00436 |
| **NATALIE CASTILLEJA, et. al.** | § | |

### FINAL JUDGMENT AS TO DEFENDANT DENTON COUNTY, TEXAS

ON THIS DAY came on to be heard the above entitled and numbered civil action. Plaintiff **NADINE DEPP, as Next Friend for N.H.**, appeared through her counsel of record Stephen Le Brocq, Defendant **DENTON COUNTY, TEXAS,** appeared through its counsel of record Robert J. Davis, and **AD LITEM Ellen Eisenlohr Dorn,** having previously been duly appointed by the Court as Ad Litem for the Minor N. H. [for the limited purpose of reviewing and expressing opinions about the proposed settlement][Dkt. 52], appeared for the Minor N.H. Defendant Natalie Castilleja did not appear and is currently confined in the Hobby Unit of the Texas Department of Criminal Justice.

WHEREUPON, the Plaintiff and Defendant Denton County announced to the Court that, subject to approval by this Court, the claims and causes of action asserted by the Plaintiff have been fully resolved by agreement and that under the terms of said agreement, a take nothing Final Judgment would be entered in favor of Denton County, Texas as to Plaintiff's claims against Denton County, Texas. The Plaintiff's claims against Defendant Natalie Castilleja remain pending before this Court.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the Plaintiff NADINE DEPP, as Next Friend for N.H., expressly including the Minor N.H., take nothing from Denton County, Texas, in connection with the claims made basis, or which could have been made basis, of this civil action, and Defendant Denton County, and all of its elected officials and employees, be and hereby are discharged, acquitted, and released from any claims of any nature whatsoever that were or could have been asserted by Nadine Depp and/or Minor N.H.

The Court, having read the pleadings and heard the evidence and remarks of counsel, have fully inquired into the facts and circumstances concerning the incident(s) made basis of this civil action, and nature and extent of the alleged damages suffered by Minor N.H. at the hands of Natalie Castilleja, having consulted with the Court appointed Ad Litem of the Minor N.H., having been fully advised of the terms of the proposed settlement agreement, having been fully advised of all facts concerning both liability, if any, and damages, if any, related to Denton County, and the appearing parties having made a full disclosure to the Court of all other facts necessary for a proper consideration and adjudication of this cause regarding the Plaintiff, the Minor N.H., and Denton County, and for arriving at a determination as to whether such settlement agreement should be approved by the Court, finds that the proposed settlement agreement is fair and reasonable and that same should be and is hereby APPROVED by the Court as hereinafter set forth.

The Court further finds that Ellen Eisenlohr Dorn duly appeared as Ad Litem on behalf of Minor N. H. for the limited purpose of reviewing and expressing opinions about the proposed settlement. The Court notes that in acting in the capacity of Court appointed Ad Litem, Ellen Eisenlohr Dorn reviewed the evidence and proposed settlement herein from the viewpoint of the best interests of Minor N.H., and recommended that the settlement be approved as being just, reasonable, and in the best interests of N.H.

The Court finds that the agreed settlement of $5,000.00 shall be deposited and remain within the registry of this Court during N.H.'s minority until she reaches the age of 21. However, should N.H. need the funds for post-secondary college or vocational training, N.H. may petition this Court for release of those funds after she reaches the age of 18.

The Court finds that a reasonable fee as compensation for the services rendered by Ellen Eisenlohr Dorn is $2,715. Accordingly, it is ORDERED that Ellen Eisenlohr Dorn, Ad Litem for Minor N.H. be paid the sum of $2,715 as a reasonable Ad Litem fee. The Court finds that Denton County shall be liable for the payment of the fee of the Ad Litem within thirty (30) days of the execution of the Final Judgment.

With the signing of this Final Judgment As To Defendant Denton County, Texas, Ad Litem Ellen Eisenlohr Dorn shall have no further duty or responsibility with respect to the interests of Minor N.H., and the Ad Litem is hereby DISCHARGED by the Court.

**IT IS FURTHER ORDERED** that upon payment of the Ad Litem fees, Denton County shall have no further responsibility for payment of any additional Ad Litem fees, if any, in the future with respect to this matter.

**IT IS FURTHER ORDERED** that all relief requested by the Plaintiff against Denton County, Texas, be and hereby is **DENIED** and Plaintiff's claims against Denton County be and hereby are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any pending motions related to the claims of Plaintiff against Denton County be and hereby are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that all costs of court, expenses, and attorney's fees regarding the Plaintiff's claims against Denton County, Texas, shall be borne by the party incurring same.

Dated: _____          _____
                                      UNITED STATES JUDGE