IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| N.H. by and through her next friend NADINE DEPP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-00436-ALM-AGD |
| NATALIE CASTILLEJA, et al., | § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

Pursuant to the Court's Order of Dismissal as to Defendant Natalie Castilleja entered on this date, the Court's Final Judgment as to Defendant Denton County, Texas, entered on January 18, 2024, and the termination of Defendant Matthew Marick from this lawsuit on August 29, 2022, by way of an amended complaint, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that all of Plaintiffs' claims against Defendants Natalie Castilleja and Matthew Marick are **DISMISSED WITHOUT PREJUDICE**, and all of Plaintiffs' claims against Defendant Denton County, Texas, are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED this 30th day of January, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE